IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BILLIE W. GREER,<br><br>     Plaintiff,<br><br>v.<br><br>SANGAMON COUNTY, Sangamon County Sheriff Officer TRAVIS KOESTER,<br><br>     Defendants. | Case No.  22-CV-3250-SEM-KLM |

## STIPULATION TO DISMISS

IT IS HEREBY stipulated and agreed by and between Billie W. Greer and Defendants, Sangamon County and Travis Koester, through their respective attorneys, that the lawsuit is hereby dismissed with prejudice pursuant to settlement and each side shall bear their own costs.

| **PLAINTIFF'S ATTORNEYS:** | **DEFENDANTS' ATTORNEYS:** |
|---|---|
| **s/Louis J. Meyer** | **s/ Russell L. Reed (with permission**) |
| LOUIS J. MEYER | HINSHAW & CULBERTSON LLP |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |
| MEYER & KISS, LLC | 400 South Ninth Street, Suite 200 |
| 311 West Stratford Drive | Springfield, IL 62701 |
| Peoria, IL 61614 | rreed@hinshawlaw.com |
| louismeyer@meyerkiss.com | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that this pleading was served on all counsel of record via the Court's electronic filing system on June 4, 2024

By: /s/ Louis J. Meyer

Louis J. Meyer
MEYER & KISS, LLC
311 W. Stratford Drive
Peoria, IL 61614
t. 309.713.3751
f. 312.585.7803
e. louismeyer@meyerkiss.com